

**IN THE**
**TENTH COURT OF APPEALS**

———————————

**No. 10-15-00426-CR**

**IN RE STEVEN JAMES PEREZ**

———————————

**Original Proceeding**

---

**MEMORANDUM  OPINION**

---

In this original proceeding Steven James Perez seeks mandamus relief against the district clerk.  Emmett states that the clerk refused to file Perez's "Motion for Speedy Trial documentation."  A court of appeals has no jurisdiction to issue a writ of mandamus against a district clerk except to protect or enforce the court's jurisdiction.  *See* TEX. GOV'T CODE ANN. § 22.221 (West 2004)*; In re Simmonds,* 271 S.W.3d 874, 879 (Tex. App.—Waco 2008, orig. proceeding).  We dismiss Perez's writ of mandamus against the clerk for want of jurisdiction.


AL SCOGGINS
Justice

Before Chief Justice Gray,
      Justice Davis, and
      Justice Scoggins
Petition dismissed
Opinion delivered and filed December 17, 2015
[OT06]

